UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                                        :
UNITED STATES OF AMERICA            :        20cr179-6(DLC)
                                                        :
            -v-                               :        <u>ORDER</u>
                                                         :
DONTAE COTTRELL,                      :
                                                        :
                            Defendant.    :
                                                        :
---------------------------------------- X

DENISE COTE, District Judge:

    It is hereby

    ORDERED that a conference to discuss the proposed deferred prosecution agreement is scheduled to occur on **June 25, 2021** at **11:00 AM**. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

    ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **June 18, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

    If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
            June 16, 2021

                                            _____
                                                  DENISE COTE
                                    United States District Judge